**Exhibit A**

| Contract: | Membership: | State(s): | 2026 Overall Star Rating, as Published: | 2026 Star Ratings (with *Clover* treatment): | Approximate QBP Differential: |
|---|---|---|---|---|---|
| **H4036** | 365,764 | GA, KY, OH, WI | 4.0 | 4.5 | $65,800,000 |
| **H8849** | 54,306 | TX | 3.5 | 4.0 | $36,500,000 |
| **H0544** | 50,087 | CA | 3.0 | 3.5 | $9,600,000 |
| **H0907** | 4,275 | IA | 3.0 | 3.5 | $2,700,000 |
| **H1423** | 3,886 | AZ | 3.0 | 3.5 | $790,000 |
| **TOTAL:** | | | | | $115,000,000 |