# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION


## CLERK'S MINUTES  - GENERAL

CASE NO. **2:26cv061**                                    DATE  **July 10, 2026**

TITLE  **Elevance Health, Inc., et al v**
       **Department of Health and Human Services, et al**            TIMES **1:30 - 2:17**


Honorable : **Brian K. Epps, United States Magistrate Judge**       Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Elevance Health, Inc.:** | **Woelke Leithart** |
| **Benjamin Brewton** | |
| **Jim Hollis** | |
| **Josh Archer** | |
| **Steven Hamilton** | |
| **Dan Wolff** | |


PROCEEDINGS:  **Mediation Status Conference**                        ☑ In Court
                                                                      ☐ In Chambers

NOTES:

By close of business on Monday, July 13, 2026, the parties will inform the Court by email to
courtnay_capps@gas.uscourts.gov of (1) the date chosen for mediation; (2) the deadline for mediation statements; (3)
the timing of Defendants' communication of its opening proposal to Plaintiffs, if possible to communicate prior to the
mediation; and (4) the proposed schedule, to be requested in a consent motion, for briefing the motion for preliminary
injunction in the event mediation is unsuccessful.