**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| ELEVANCE HEALTH, INC., ANTHEM INSURANCE COMPANIES, INC., BLUE CROSS OF CALIFORNIA, WELLPOINT HEALTH PLANS, INC., WELLPOINT INSURANCE COMPANY, and WELLPOINT IOWA, INC.<br><br>       Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES and<br>CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>       Defendants. | Civil Action No. 2:26-cv-00061-LGW-BWC |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF A BRIEFING SCHEDULE

Before the Court is Plaintiffs' Motion for Entry of a Briefing Schedule. [Doc. ___]. Plaintiffs request the Court to grant deadlines for the Defendants to Respond to Plaintiffs' Motion for Preliminary Injunction and for Plaintiffs to Reply to Defendants' Opposition. Given the time constraints associated with this case, and for good cause, the Motion is **GRANTED**. The Court enters the following briefing schedule to govern the pleading deadlines in this case:

1. Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction by **July 27, 2026**;

2. Plaintiffs shall file a reply to Defendants' Opposition by **July 31, 2026**;

3. The Court will hold a Hearing on Plaintiffs' Motion for Preliminary Injunction at _____ on the ___ day of August, 2026.

30350010.1

**IT IS SO ORDERED** this ___th day of July, 2026

_____
Honorable Lisa Godbey Wood
United States District Judge
For the Southern District of Georgia

**Proposed Order Prepared By:**
Benjamin H. Brewton
Georgia Bar No. 002530
bbrewton@balch.com
Jena C. Lombard
Georgia Bar No. 213734
jlombard@balch.com
**Balch & Bingham LLP**
801 Broad Street, Suite 800
Augusta, Georgia 30901
Telephone: (706) 842-3711
Facsimile: (866) 258-8984

T. Joshua R. Archer
Georgia Bar No. 021208
jarcher@balch.com
James L. Hollis
Georgia Bar No. 930998
jhollis@balch.com
**Balch & Bingham, LLP**
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3585
Facsimile: (866) 332-8969

Daniel W. Wolff (admitted *pro hac vice*)
DWolff@crowell.com
D.C. Bar No. 486733
**Crowell & Moring LLP**
600 Fifth Street NW
Washington, DC 20001
Telephone: (202) 624-2621

Steven D. Hamilton (admitted *pro hac vice*)
StevenHamilton@crowell.com
Illinois Bar No. 6289663
**Crowell & Moring LLP**
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Telephone: (312) 379-7615
*Counsel for Plaintiffs*