# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ELEVANCE HEALTH, INC., et al.

    Plaintiffs,

v.                                                    CV 2:26-061

DEPARTMENT OF HEALTH AND HUMAN
SERVICES, et al.,

    Defendants.

## ORDER

Before the Court is Plaintiffs' motion for entry of a briefing schedule.  Dkt. No. 28.  Therein, Plaintiffs request the Court grant deadlines for Defendants to respond to Plaintiffs' motion for preliminary injunction and for Plaintiffs to reply.  Given the time constraints associated with this case, the motion is **GRANTED in part**.  The Court enters the following briefing schedule:

1. Defendants shall respond to Plaintiffs' motion for preliminary injunction by August 1, 2026;

2. Plaintiffs shall file a reply to Defendants' opposition by August 4, 2026;

3. The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on August 7, 2026, at 10 a.m. at the federal courthouse in Brunswick, Georgia.

**SO ORDERED,** this 16th day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA