# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **2:26cv061**

DATE  **July 24, 2026**

TITLE  **Elevance Health, Inc., et al**

TIMES   **10 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Jennifer Dewane, Vice President & Counsel, Health Benefits Legal, Elevance Health**<br>**Ben Brewton, Partner, Balch & Bingham LLP**<br>**Jim Hollis, Partner, Balch & Bingham LLP**<br>**Steve Hamilton, Partner, Crowell & Moring LLP**<br>**Dan Wolff, Partner, Crowell & Moring LLP** | **Attorney Woelke Leithart**<br>**Alexander White, Office of the General Counsel, Department of Health and Human Services** |

PROCEEDINGS:  **Mediation - Augusta, Georgia**

☐ In Court
☑ In Chambers

NOTES:

Mediation held. Case not settled.