**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| ELEVANCE HEALTH, INC., ANTHEM INSURANCE COMPANIES, INC., BLUE CROSS OF CALIFORNIA, WELLPOINT HEALTH PLANS, INC., WELLPOINT INSURANCE COMPANY, and WELLPOINT IOWA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES and CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | Civil Action No. 2:26-cv-00061-LGW-BWC <br><br> Hon. Lisa Godbey Wood |

**PLAINTIFFS' NOTICE OF FILING ELECTRONIC MEDIA**

Plaintiffs Elevance Health, Inc., f/k/a Anthem Inc., along with its affiliated entities Anthem Insurance Companies, Inc., Blue Cross of California, Wellpoint Health Plans, Inc., Wellpoint Insurance Company, and Wellpoint Iowa, Inc. (collectively, "Elevance" or "Elevance Health"), hereby give notice that they have delivered to this Court a flash drive containing the following native files referenced in Plaintiffs' Combined Response in Opposition to Defendants' Motion to Dismiss and Reply in Support of Motion for Preliminary Injunction, filed as Doc. 38 on the docket for this case:

1. Exhibit 1 to the Supplemental Declaration of James Haskins (Doc. 38-1), titled **Haskins Declaration - Exhibit 1 (H4036_2026_SR_Calculations_2025_09_10);**

1

2. Exhibit 2 to the Supplemental Declaration of James Haskins (Doc. 38-1), titled **Haskins Declaration - Exhibit 2 (H4036_2026_IM_Calcs_2025_09_10);**

3. Exhibit 4 to the Supplemental Declaration of James Haskins (Doc. 38-1), titled **Haskins Declaration - Exhibit 4 (ElevanceH4036_2026_SR_Calculations_2025_09_10);** and

4. Exhibit 5 to the Supplemental Declaration of James Haskins (Doc. 38-1), titled **Haskins Declaration - Exhibit 5 (Recal H4036_2026_IM_Calcs_2025_09_10).**

Dated: August 6, 2026

Daniel W. Wolff (pro hac vice)
DWolff@crowell.com
D.C. Bar No. 486733
Crowell & Moring LLP
600 Fifth Street NW
Washington, DC 20001
Telephone: (202) 624-2621

Steven D. Hamilton (pro hac vice)
StevenHamilton@crowell.com
Illinois Bar No. 6289663
Crowell & Moring LLP
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Telephone: (312) 379-7615

Respectfully submitted,

*/s/ T. Joshua R. Archer*
Benjamin H. Brewton
Georgia Bar No. 002530
bbrewton@balch.com
Jena C. Lombard
Georgia Bar No. 213734
jlombard@balch.com
Balch & Bingham LLP
801 Broad Street, Suite 800
Augusta, Georgia 30901
Telephone: (706) 842-3711
Facsimile: (866) 258-8984

James L. Hollis
Georgia Bar No. 930998
jhollis@balch.com
T. Joshua R. Archer
Georgia Bar No. 021208
jarcher@balch.com
Balch & Bingham, LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3585
Facsimile: (866) 332-8969

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of this filing to all counsel of record.

<u>   /s/ T. Joshua R. Archer   </u>