# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **2:26-cv-61**                                             DATE **8/7/2026**

TITLE **Elevance Health, Inc., et al. v. Department of Health and Human Services, et. al.**

TIMES **10:00-10:55**                                          TOTAL **55 minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**       Courtroom Deputy : **Kim Mixon**

Court Reporter : **Debra Gilbert**                                 Interpreter :

| Attorney for | Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Steven Hamilton<br>James L. Hollis<br>T. Joshua Archer | | Alexander Ryan White<br>Otto Woelke Leithart | Department of Health and Human Services<br>Centers for Medicare & Medicaid Services |

PROCEEDINGS : **Motions Hearing**                          ☐ In Court
                                                          ☑ In Chambers

**Court begins. 10:00.**
Court has reviewed briefs and is familiar with case background.
Defense argument by Mr. White on Defendant's Motion to Dismiss. 10:02-10:18.
Plaintiffs' argument by Mr. Hamilton. 10:18-10:46.
Defense rebuttal by Mr. White on Motion to Dismiss. 10:46-10:48.
Defense argument on Plaintiffs' Motion, doc. 7. 10:48-10:55.
Court allows parties 7 days to file any follow-up briefing on the record.

(Rev 7/2003)                                              GENERAL CLERK'S MINUTES